IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SHERIKA BANKS,

    Petitioner,

CASE NO. 2:11-CV-1117
JUDGE GEORGE C. SMITH
Magistrate Judge Elizabeth A. Preston Deavers

v.

WARDEN, FRANKLIN
MEDICAL CENTER,

    Respondent.

## OPINION AND ORDER

On November 22, 2013, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed. The Court notes that notice of the decision of the Magistrate Judge, which was sent to Petitioner's last known address, was returned as undeliverable; however, it is the Petitioner's responsibility to keep this Court advised of her current whereabouts.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

**IT IS SO ORDERED**.

                                                              *George C. Smith*
                                                           GEORGE C. SMITH
                                                           United States District Judge